UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Rebekah Apicello, et al. v. Bayer Pharma AG, et al.*     No. 11-cv-11904-DRH

*Kathi Robbie, et al. v. Bayer Pharma AG, et al.*     No. 12-cv-10513-DRH

*Gerri VanderMark v. Bayer Pharma AG, et al.*     No. 12-cv-10016-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 29, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

Dated:  January 29, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.29
16:08:36 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT